# IN THE SUPREME COURT OF THE STATE OF NEVADA

SABRECO, INC., A NEVADA
CORPORATION; AND MELANI
SCHULTE, INDIVIDUALLY AND AS
TRUSTEE OF SABRECO, INC.,
                    Appellants,
                vs.
DAGGER PROPERTIES 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; DAGGER PROPERTIES 2,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; DAGGER PROPERTIES 3,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; DAGGER PROPERTIES 4,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; DAGGER PROPERTIES 5,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; DAGGER PROPERTIES 6,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; SANCTUARY HOMES,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; AND SANCTUARY
CONDOS, LLC, A NEVADA LIMITED
LIABILITY COMPANY; SHARATH
CHANDRA, ADMINISTRATOR,
NEVADA REAL ESTATE DIVISION,
                    Respondents.

No. 79377

FILED

JAN 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND GRANTING MOTION TO WITHDRAW

Appellants' motion for a voluntary dismissal of this appeal is granted.

This appeal is dismissed. NRAP 42(b).

20-04133

Attorney J. Michael Oakes' motion to withdraw as counsel for the LLC respondents is granted. NRAP 46(e)(3); RPC 1.16(b). The clerk shall remove Mr. Oakes as counsel of record for the LLC respondents.

It is so ORDERED.

_Pickering_ , C.J.

cc: Hon. Joseph Hardy, Jr., District Judge
Law Office of Amberlea Davis
Attorney General/Las Vegas
Foley & Oakes, PC
Dagger Properties 1, LLC
Dagger Properties 2, LLC
Dagger Properties 3, LLC
Dagger Properties 4, LLC
Dagger Properties 5, LLC
Dagger Properties 6, LLC
Sanctuary Homes, LLC
Sanctuary Condos, LLC
Eighth District Court Clerk